# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD SYLVAS

NO. 2024 KW 0593

**OCTOBER 7, 2024**

---

In Re:    Donald Sylvas, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 166702 and 0963-F-2023.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion for production of documents filed with the district court, the district court's ruling on the motion, and any other portions of the district court record that might support the claims raised in the writ application.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT